**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

---

**CORN PLUS COOPERATIVE,**
**a Minnesota corporation,**

**Plaintiff,**

**vs.**

**WANZEK CONSTRUCTION, INC.,**
**a North Dakota corporation,**

**Defendant.**

**Civil File No. 02-119 DWF/AJB**

**STIPULATION AND ORDER**

---

The parties submit the following stipulation for the Court's consideration:

**STIPULATION**

**WHEREAS,** on January 15, 2002, plaintiff Corn Plus Cooperative ("Corn Plus") commenced the instant action by filing its complaint with the court following which, on January 28, 2002, service was effected upon defendant Wanzek Construction, Inc. ("Wanzek"). Corn Plus' claims arise from construction-related services rendered by Wanzek incident to the Corn Plus Expansion Project ("the Project"); and

**WHEREAS,** on January 23, 2002, following the commencement of the instant action, but prior to service of Corn Plus' complaint, Wanzek commenced a Minnesota state court action against Corn Plus. *Wanzek Construction, Inc. v. Corn Plus, et al.*, Faribault County District Court File No. C3-0231. Wanzek's claims also arise from the Project; and

**WHEREAS,** Corn Plus and Wanzek, through their respective counsel, have agreed to dismiss the instant action pending disposition of the state court action.

MAY 16 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WHEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN** all parties hereto, through their respective undersigned counsel, that the instant action is hereby dismissed without prejudice, and without costs, disbursements or attorneys fees to any of the parties. Wanzek further agrees to waive any statute of limitations defense in the event the action is refiled.

Dated: April 29, 2002.

VOLZ LAW FIRM, LTD.

Jane Everson Volz (#264891)
Robert M. Gardner (#234977)
Southfork Office Centre
17645 Juniper Path, Suite 225
Lakeville, Minnesota 55044
Telephone: (952) 892-6666
**ATTORNEYS FOR CORN PLUS**

Dated: May 13, 2002.

HAMMARGEN, MEYER & PAULSON, P.A.

Paul T. Meyer (#177064)
Jeffrey C. Paulson (#182382)
7301 Ohms Lane, Suite 360
Minneapolis, MN 55439
(952) 844-9033

Dated: Apr 30, 2002.

COUSINEAU, McGUIRE & ANDERSON, CHTD.

Barbara A. Burke (#13122)
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
(952) 546-8400
**ATTORNEYS FOR WANZEK**

**ORDER**

The attached Stipulation having been presented to the court, IT IS HEREBY ORDERED:

1. That the instant action is hereby dismissed without prejudice, and without costs, disbursements, or attorneys fees to any of the parties pending disposition of the Minnesota state court action, *Wanzek Construction, Inc. v. Corn Plus, et al.*, Faribault County District Court File No. C3-0231.

2. That defendant Wanzek Construction, Inc. expressly waives any statute of limitations defense in the event the action is refiled.

3. The dismissal of the instant action shall not be construed as any type of admission in the foregoing state court action.

BY THE COURT.

Dated: May 16, 2002.

By: ______________________
Honorable Donovan W. Frank
United States District Court Judge